Entered on Docket
November 16, 2016
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



1  Jonathan C. Cahill (SBN 287260)
   jcahill@aldridgepite.com
2  **ALDRIDGE PITE, LLP**
   4375 Jutland Drive, Suite 200
3  P.O. Box 17933
   San Diego, CA 92177-0933
4  Telephone: (858) 750-7600
   Facsimile: (619) 590-1385
5
6  Attorneys for PennyMac Holdings, LLC

The following constitutes
the order of the court. Signed November 16, 2016

_M. Elaine Hammond_ (signature)

_____
**M. Elaine Hammond
U.S. Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>GLADYS SALDANA,<br><br>Debtor. | Case No. 16-50436<br><br>Chapter 11<br><br>**ORDER APPROVING AMENDED STIPULATION REGARDING DEADLINE TO FILE OPPOSITION TO DEBTOR'S OBJECTION TO PENNYMAC HOLDINGS, LLC'S PROOF OF CLAIM** |

The parties having agreed to the terms set forth in the Amended Stipulation Regarding Deadline to File Opposition to Debtor's Objection to PennyMac Holdings, LLC's Proof of Claim are bound by the terms of their stipulation. The Amended Stipulation Regarding Deadline to File Opposition to Debtor's Objection to PennyMac Holdings, LLC's Proof of Claim, filed on November 10, 2016, docket number 56, is hereby approved and made an order of the court.

**END OF ORDER**

**COURT SERVICE LIST**