Jonathan C. Cahill (SBN 287260)
jcahill@aldridgepite.com
**ALDRIDGE PITE, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for PennyMac Holdings, LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>GLADYS SALDANA,<br><br>Debtor. | Case No. 16-50436-MEH<br><br>Chapter 11<br><br>**AMENDED STIPULATION REGARDING DEADLINE TO FILE OPPOSITION TO DEBTOR'S OBJECTION TO PENNYMAC HOLDINGS, LLC'S PROOF OF CLAIM**<br><br><u>Hearing</u>: [not yet scheduled]<br>Date:<br>Time:<br>Crtm: |

This Amended Stipulation Regarding Deadline to file Opposition to Debtor's Objection to PennyMac Holdings, LLC's Proof of Claim ("Stipulation") is entered into between PennyMac Holdings, LLC (hereinafter "PennyMac"), by and through its counsel of record Aldridge Pite, LLP, and Gladys Saldana (hereinafter "Debtor"), by and through her attorney of record, the Law Offices of Charles B. Greene, as follows:

### RECITALS

1. On or about July 20, 2007, Hector M. Saldana ("Borrower"), for valuable consideration, made, executed and delivered to Washington Mutual Bank, FA ("Lender") an Adjustable Rate Promissory Note in the principal sum of $1,300,000.00 (the "Note"). The Note is

- 1 -     CASE NO. 16-50436-MEH
AMENDED STIPULATION REGARDING DEADLINE TO FILE OPPOSITION TO DEBTOR'S OBJECTION TO PENNYMAC HOLDINGS, LLC'S PROOF OF CLAIM

Case 16-50436    Doc# 68    Filed: 01/03/17    Entered: 01/03/17 11:33:55    Page 1 of 3

1  endorsed and payable in blank.

2      2.     On or about July 20, 2007, Borrower made, executed and delivered to Lender a Deed of Trust (the "Deed of Trust") granting Lender a security interest in certain real property located at 2590 Bentley Ridge Dr., San Jose, CA 95138 (hereinafter, the "Subject Property"), which is more fully described in the Deed of Trust.

6      3.     The Deed of Trust was subsequently assigned to PennyMac.

7      4.     On February 16, 2016, Debtor filed the instant Chapter 11 bankruptcy petition in the Northern District of California-San Jose Division, and was assigned case number 16-50436.

9      5.     On June 21, 2016, PennyMac filed a Proof of Claim ("Claim") in the Debtor's bankruptcy case, which reflects a secured claim in the amount of $1,888,381.55, with pre-petition arrears in the amount of $745,339.28. The pre-petition arrears consist of: (1) principal and interest payments of $492,187.62, (2) prepetition fees and costs in the amount of $11,451.30; (3) an escrow deficiency of $174,114.92, (4) escrow shortage of $174,114.92; and (5) less funds held in suspense in the amount of $797.18.

15      6.     On October 12, 2016, the Debtor filed her Objection to PennyMac's Proof of Claim (the "Objection") wherein Debtors alleges that PennyMac's claim is overstated.

17      7. The Parties have met and conferred regarding the Debtor's Objection, and mutually agree that the deadline for PennyMac's Opposition shall be extended to and including January 23, 2017.

19  /././
20  /././
21  /././
22  /././
23  /././
24  /././
25  /././
26  /././
27  /././
28  /././

1 | THE PARTIES HEREBY STIPULATE AND AGREE TO AN ORDER AS FOLLOWS:

2 |     1.    The deadline for PennyMac's Opposition to the Objection is extended to and including January 23, 2017.

5 | IT IS SO STIPULATED:

                                       LAW OFFICES OF CHARLES B. GREENE

Dated: 1/2/17

                                       By: _____
                                       Charles B. Greene
                                       Attorney for Debtor

**ALDRIDGE PITE, LLP**

Dated: January 2, 2017

By: /s/ *Jonathan C. Cahill*
Jonathan C. Cahill (SBN 287260)
Attorney for PennyMac Holdings, LLC

- 3 -    CASE NO. 16-50436-MEH
AMENDED STIPULATION REGARDING DEADLINE TO FILE OPPOSITION TO DEBTOR'S OBJECTION TO PENNYMAC HOLDINGS, LLC'S PROOF OF CLAIM
Case: 16-50436    Doc# 68    Filed: 01/03/17    Entered: 01/03/17 11:93:65 AM    Page 3 of 3