**Entered on Docket**
**January 03, 2017**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



1 | Jonathan C. Cahill (SBN 287260)
jcahill@aldridgepite.com
2 | **ALDRIDGE PITE, LLP**
4375 Jutland Drive, Suite 200
3 | P.O. Box 17933
San Diego, CA 92177-0933
4 | Telephone: (858) 750-7600
Facsimile: (619) 590-1385

The following constitutes
the order of the court. Signed January 3, 2017

Attorneys for PennyMac Holdings, LLC

_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>GLADYS SALDANA,<br><br>Debtor. | Case No. 16-50436-MEH<br><br>Chapter 11<br><br>**ORDER APPROVING AMENDED STIPULATION REGARDING DEADLINE TO FILE OPPOSITION TO DEBTOR'S OBJECTION TO PENNYMAC HOLDINGS, LLC'S PROOF OF CLAIM** |

The parties having agreed to the terms set forth in the Amended Stipulation Regarding Deadline to File Opposition to Debtor's Objection to PennyMac Holdings, LLC's Proof of Claim are bound by the terms of their stipulation. The Amended Stipulation Regarding Deadline to File Opposition to Debtor's Objection to PennyMac Holdings, LLC's Proof of Claim, filed on January 3, 2017, docket number 68, is hereby approved and made an order of the court.

\*\*END OF ORDER\*\*

**COURT SERVICE LIST**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -